UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TARONTAE D. JACKSON,

Plaintiff,

v.

DREW LAUER, et al.,

Defendants.

Case No. 3:23-cv-00245-ART-CLB

ORDER

Plaintiff has filed an updated address, indicating that he is no longer incarcerated. (ECF No. 11). Therefore, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 8) as moot and directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner **by April 22, 2024**.

For the foregoing reasons, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 8) is **DENIED** as moot. Plaintiff has **until April 22, 2024**, to either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

2. The Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS  20th day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1